A CERTIFIED TRUE COPY
AUG 21 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
06 SEP 12 AM 9:29
RICHARD W. WIEKING
DOCKET NOS. 1596 AND 1769
NORTHERN DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG -2 2006
FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 -- IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 -- IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

*MDL-1596 CONDITIONAL TRANSFER ORDER (CTO-61)*
*WITH SEPARATION, REMAND AND*
*MDL-1769 CONDITIONAL TRANSFER ORDER (CTO-3)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL-1596 pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,147 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings in MDL-1769 pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d ___ (J.P.M.L. 2006). Since that time, 15 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1596 previously transferred to the Eastern District of New York and assigned to Judge Weinstein; and 2) the actions in MDL-1769 previously transferred to the Middle District of Florida and assigned to Judge Conway. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Zyprexa, which involve common questions of fact with the previously transferred MDL-1596 actions; and 2) claims relating to the prescription drug Seroquel, which involve common questions of fact with the previously transferred MDL-1769 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL-1596 transfer order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By:

FILED
August 25, 2006   11:32AM
Date                 Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

The claims in each action relating to Seroquel are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Seroquel actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the MDL-1769 transfer order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of New York, and ii) the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**          **CASE CAPTION**

CALIFORNIA NORTHERN
- ~~CAN 3 06-662~~       Wendell Collum v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 3 06-676       Scott Polis v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1283      Daniel Cannon v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1289~~      Katherine Morris v. AstraZeneca Pharmaceuticals, LP, et al.   Vacated 8/16/06
- ~~CAN 3 06-1290~~      Herbert Price v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 3 06-1305      Jennifer R. Ruscsak v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1311      Margaret A. Shearman v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1314~~      Charles A. McCool v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 3 06-1315      Frank R. Niemann v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1322~~      Elaine Cotton v. AstraZeneca Pharmaceuticals, LP, et al.   Vacated 8/11/06
- CAN 3 06-1323      Rita A. Kurilla v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1326~~      Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 3 06-1394      Jennifer J. Naramore v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1403      Lisa A. Birkner v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1449      Jimmy Marsiglia, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1454      Hellen J. Thomas v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1483~~      Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.   See Separate Order dated 8/21/06
- ~~CAN 3 06-1485~~      Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.   See Separate Order dated 8/21/06
- CAN 3 06-1492      Donnell L. Lawshea v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1500      Jacqueline E. Gaiman v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1529      Vicky Reynolds, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1531      Jim Coppola v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1555      Lurae Eades v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1564      Nadine L. Copeland v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1763      Thomas S. Fromosky, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1817~~      John C. Thigpen v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 3 06-1855      Oggie Y. Williams v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1857~~      Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.   See Separate Order dated 8/21/06
- ~~CAN 3 06-1932~~      Markus L. Tucker v. AstraZeneca Pharmaceuticals, LP, et al.   Vacated 8/8/06
- ~~CAN 3 06-2282~~      Dimitrius Oliver v. AstraZeneca Pharmaceuticals LP, et al.   Opposed 8/21/06
- ~~CAN 3 06-2284~~      Anna Fall v. AstraZeneca Pharmaceuticals, LP, et al.   Vacated 8/8/06
- CAN 4 06-1285      Clayton L. Plummer v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-1316      Shirley Keith v. AstraZeneca Pharmaceuticals LP, et al.
- ~~CAN 4 06-1318~~      Joseph Hernandez v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- ~~CAN 4 06-1335~~      Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- ~~CAN 4 06-1341~~      Dorothy L. Cameron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.   Opposed 8/21/06
- CAN 4 06-1436      Denise Sims v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 4 06-1557~~      Tony L. Compalco v. AstraZeneca Pharmaceuticals, LP, et al.   Vacated 8/15/06

MISSOURI EASTERN
- MOE 4 06-506       Evelyn Hair v. Eli Lilly & Co., Inc., et al.
- MOE 4 06-907       Michael Middleton v. Eli Lily & Co., et al.

MISSOURI WESTERN
- MOW 2 06-4072      Donald Vaughan v. Eli Lilly & Co., et al.

TEXAS EASTERN
- TXE 5 06-43        Larry Lambright, etc. v. Eli Lilly & Co., et al.
- ~~TXE 5 06-104~~       Carol Harris, etc. v. Eli Lilly & Co., et al.   See Separate Order dated 8/21/06